# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146763(60)

HEATHER LYNN HANNAY,
            Plaintiff-Appellee,

v

SC: 146763
COA: 307616
Court of Claims: 09-000116-MZ

DEPARTMENT OF TRANSPORTATION,
            Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her brief on appeal is GRANTED. The brief submitted on January 22, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2014



Clerk